UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

TIA D. McPIKE-McDYESS,

      Plaintiff,

v.

Case No. 14-14659

Honorable John Corbett O'Meara

WASHTENAW COUNTY DEPARTMENT OF
HUMAN SERVICES,

      Defendant.

_____/

## ORDER OF DISMISSAL

Plaintiff Tia D. McPike-McDyess filed a complaint in this court December 9, 2014. The complaint alleges that this court "has original jurisdiction under Title 28 U.S.C. § 1332 because it is between citizens of different states and the amount in controversy exceeds $75,000, exclusive of costs and interest." Compl. at 4. Both Plaintiff and Defendant, however, are citizens of the State of Michigan. Accordingly, the court lacks jurisdiction under § 1332, diversity of citizenship.

Furthermore, the complaint fails to allege a cause of action that arises under federal law. Therefore, the court lacks jurisdiction under 28 U.S.C. § 1331, as well. Without federal subject matter jurisdiction under either statute, the court must dismiss the action.

## ORDER

It is hereby **ORDERED** that this case is **DISMISSED.**

                                  s/John Corbett O'Meara
                                  United States District Judge

Date: February 27, 2015

  I hereby certify that a copy of the foregoing document was served upon the parties of record on this date, February 27, 2015, using the ECF system and/or ordinary mail.

            <u>s/William Barkholz</u>
            Case Manager